IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 5/4/2007         CASE NAME: Fountain vs. J.C. Penney Corporation Inc et. al.,

CASE NO. : 06-680 DRH

DOCUMENT NO.: 31         DOCUMENT TITLE: Order

One of the following errors/deficiencies has been identified in the document listed above:

X   Other: Order remands case back to Madison County Circuit Court, however it should be remanded back to St. Clair County Circuit Court.

## ACTION TAKEN BY CLERK'S OFFICE

X   Docket entry "STRICKEN" as ordered by the Court.

## ACTION REQUIRED BY FILER

X   Document must be re-filed.

Norbert G. Jaworski
Clerk of Court

By: s/Jackie Payton